UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL CASE NO. 06-209 (GK)** |
| | : | |
| v. | : | |
| | : | |
| **ANTOINE P. HUDSON, ALSO KNOWN AS** | : | |
| **ANTIONE P. HUDSON** | : | |
| | : | |
| **Defendant.** | : | |

## CONSENT MOTION TO SCHEDULE A PLEA HEARING

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that the Court set a plea hearing in this case for August 2, 3, or, 4, 2006, or on some other date thereafter convenient to the Court and the parties. In support of this motion, the government states as follows:

1.  On July 12, 2006, the government filed an information in this case charging the defendant with two counts of conspiracy, in violation of 18 U.S.C. §371. The government and the defendant have reached a plea agreement in this case and defendant Hudson is prepared to enter a guilty plea to the two charged offenses. Unfortunately, the schedules of the parties now do not permit the plea hearing to take place until at least August 2, 2006. Accordingly, the government requests that this case be set for a plea hearing on either August, 2, 3, or 4, 2006. The parties and counsel would be available on any of those days, or on any later date convenient to the Court and the parties.

2.  Counsel for the government has discussed this motion with counsel for Defendant Hudson, Danny Onorato, who fully supports this motion.

WHEREFORE, it is respectfully requested that this motion be granted.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____
G. Bradley Weinsheimer
ASSISTANT UNITED STATES ATTORNEY
Bar Number 431796
555 4th Street, N.W., Room 5237
Washington, DC 20530
(202) 514-6991

CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2006, a copy of the Government's Consent Motion to Schedule a Plea Hearing was provided by electronic mail to counsel for the defendant: Danny Onorato, Esq., 1140 Connecticut Avenue, N.W., Ste 1140, Washington, D.C. 20036.

_____
G. Bradley Weinsheimer
ASSISTANT UNITED STATES ATTORNEY