UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL CASE NO. 06-209 (GK) |
| : | |
| v. : | |
| : | |
| ANTOINE P. HUDSON, ALSO KNOWN AS : | |
| ANTIONE P. HUDSON : | |
| : | |
| Defendant. : | |

**O R D E R**

Based on the representations in the Government's Consent Motion to Schedule Plea Hearing, it is this _____ day of July 2006, hereby

ORDERED that the parties and counsel shall appear for a plea hearing in this matter on August \_\_\_\_\_, 2006 at _____ a.m.

_____
THE HONORABLE GLADYS KESSLER
UNITED STATES DISTRICT JUDGE