UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL CASE NO. 06-209 (GK) |
| v. | **FILED** |
| ANTOINE P. HUDSON, ALSO KNOWN AS ANTIONE P. HUDSON | JUL 1 4 2006 |
| Defendant. | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

## ORDER

Based on the representations in the Government's Consent Motion to Schedule Plea Hearing, it is this 14th day of July 2006, hereby

ORDERED that the parties and counsel shall appear for a plea hearing in this matter on August 2, 2006 at 10 a.m.

_____
THE HONORABLE GLADYS KESSLER
UNITED STATES DISTRICT JUDGE