UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

ANTOINE P. HUDSON

Criminal No. 06-~~229~~ 209

**FILED**

AUG 0 2 2006

**WAIVER OF INDICTMENT**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, **ANTOINE P. HUDSON**, the above named defendant, who is accused of: 18 U.S.C. 371 - Conspiracy being advised of the nature of the charge, the proposed information, and my rights, hereby waive in open court on  August 2, 2006  prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

_____
GLADYS KESSLER
United States District Judge