UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

ANTOINE P. HUDSON

Criminal No.   06-209

**FILED**

AUG 0 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**WAIVER OF TRIAL BY JURY**

With the consent of the United States Attorney and the approval of the Court, the defendant waives its right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent: _____
Assistant United States Attorney

**APPROVED:**

_____
GLADYS KESSLER
United States District Judge

Dated:   August 2, 2006