UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL CASE NO. 06-209(GK) |
| | : | |
| v. | : | VIOLATIONS:  18 U.S.C. § 371 |
| | : | (Conspiracy) |
| ANTOINE P. HUDSON, ALSO KNOWN AS ANTIONE P. HUDSON | : | |
| | : | |
| | : | |
| Defendant. | | |

### NOTICE OF DEFENDANT'S COUNSEL'S CHANGE OF ADDRESS

TO THE CLERK:  Please take notice that the address for counsel for the Plaintiff has been changed as follows (telephone and facsimile remain the same):

**Schertler & Onorato, LLP**
**601 Pennsylvania Avenue, NW**
**North Building**
**9th Floor**
**Washington, DC  20004**

Respectfully submitted,

SCHERTLER & ONORATO, LLP


_____/s/_____
Danny Onorato (#367203)
601 Pennsylvania Avenue, NW
North Building
9th Floor
Washington, DC 20004
Telephone: (202) 628-4199
Facsimile: (202) 628-4177