UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL CASE NO. 06-209 (GK) |
| | : | |
| v. | : | |
| **ANTOINE P. HUDSON, ALSO KNOWN AS** | : | |
| **ANTIONE P. HUDSON** | : | |
| | : | |
| **Defendant.** | : | |

## CONSENT MOTION TO CONTINUE STATUS HEARING

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that the status hearing, currently set for October 12, 2006, be vacated and that a new status hearing be set for January 11 or 12, 2007, or for such other date thereafter convenient to the court. In support of this motion, the government states as follows:

1.  On August 2, 2006, defendant Hudson entered a guilty plea which included as a condition his continued cooperation with the government. As a result of the expected cooperation, the Court set a further status hearing for October 12, 2006.

2.  Defendant Hudson continues to cooperate with the government. Defendant Hudson has met with members of law enforcement, and we have identified investigations about which defendant Hudson may be able to provide information and further assistance. Unfortunately, we have not yet been able to complete defendant Hudson's cooperation, as we expect investigations to further develop in the next sixty days. Accordingly, the government proposes that the currently set status hearing be vacated and that a new status hearing be set for January 11 or 12, 2007, or some other date thereafter convenient to the Court.

3.  Counsel for the government has discussed this motion with counsel for defendant Hudson, who fully supports this motion.

WHEREFORE, it is respectfully requested that this motion be granted.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____
G. Bradley Weinsheimer
ASSISTANT UNITED STATES ATTORNEY
Bar Number 431796
555 4th Street, N.W., Room 5237
Washington, DC 20530
(202) 514-6991

CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2006, a copy of the Government's Consent Motion to Continue Status Hearing was provided by electronic mail to counsel for the defendant: Danny C. Onorato, Esq: donorato@schertlerlaw.com.

_____
G. Bradley Weinsheimer
ASSISTANT UNITED STATES ATTORNEY