UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL CASE NO.  06-209 (GK) |
| | : | |
| v. | : | |
| ANTOINE P. HUDSON, ALSO KNOWN AS | : | |
| ANTIONE P. HUDSON | : | |
| | : | |
| Defendant. | : | |

**O R D E R**

Based on the representations in the Government's Consent Motion to Continue Status Hearing, it is this _____ day of October 2006, hereby

ORDERED that the status hearing set for October 12, 2006 is vacated and a new status hearing is set on January _____, 2007 at _____ a.m / p.m.

_____
THE HONORABLE GLADYS KESSLER
UNITED STATES DISTRICT JUDGE