UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL CASE NO. 06-209 (GK) |
| v. : | |
| ANTOINE P. HUDSON, ALSO KNOWN AS : | FILED |
| ANTIONE P. HUDSON : | OCT 10 2006 |
| Defendant. : | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

ORDER

Based on the representations in the Government's Consent Motion to Continue Status Hearing, it is this 9th day of October 2006, hereby

ORDERED that the status hearing set for October 12, 2006 is vacated and a new status hearing is set on January 11, 2007 at 9:30 a.m./p.m.

_Gladys Kessler_
THE HONORABLE GLADYS KESSLER
UNITED STATES DISTRICT JUDGE