UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL CASE NO. 06-209(GK) |
| v. | : | VIOLATIONS: 18 U.S.C. § 371 (Conspiracy) |
| ANTOINE P. HUDSON, ALSO KNOWN AS ANTIONE P. HUDSON | : | |
| Defendant. | : | |

### DEFENDANT'S UNOPPOSSED MOTION FOR LEAVE TO TRAVEL OUTSIDE OF THE JURISDICTION

Defendant Antoine P. Hudson, by and through undersigned counsel, respectfully moves this Court for leave to allow him to travel from the Washington, D.C. metropolitan area to Los Angeles, California to attend a business meeting on October 24, 2006.

As the Court is aware, Mr. Hudson has entered a guilty plea, which included as a condition his continued cooperation with the government. As a result of the expected cooperation, the Court set a further status hearing for January 22, 2007. Mr. Hudson has been checking in with pretrial services on a weekly basis and is in compliance with all terms of his release.

Mr. Hudson respectfully requests leave to travel on Sunday, October 22, 2006, returning on Wednesday, October 25, 2006. Assistant United States Attorney Bradley Weinsheimer does not oppose the relief requested herein.

2

**WHEREFORE**, Mr. Hudson requests that the relief be granted.

Respectfully submitted,

SCHERTLER & ONORATO, L.L.P.


_____/s/_____
Danny C. Onorato (#460043)
601 Pennsylvania Avenue, NW
North Building, 9th Floor
Washington, DC 20004
Telephone: (202) 628-4199
Facsimile: (202) 628-4177

2