UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL CASE NO. 06-209(GK) |
| | : | |
| v. | : | |
| | : | |
| ANTOINE P. HUDSON, ALSO KNOWN AS ANTIONE P. HUDSON | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

Upon consideration of defendant's unopposed motion for leave to travel outside of the jurisdiction, it is this, _____ day of October, 2006, **ORDERED** that the motion be, and hereby is, **GRANTED**. Mr. Hudson shall be permitted to travel from the greater Washington, DC metropolitan area on Sunday, October 22, 2006, to California, returning to the area on Thursday, October 25, 2006. Mr. Hudson shall provide the pretrial services agency with information concerning where he will be staying and a telephone number where he can be reached. Mr. Hudson shall report to pre-trial services on his next scheduled appointment after October 25, 2006 and continue to report as required by the probation department.

_____
United States District Judge