UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,         :
                                  :
                                  :
v.                                :   Criminal No. 06-209(GK)
                                  :
*Antoine Hudson*                  :   FILED
         Defendant.               :
                                  :   JAN 1 1 2007
                                  :
                                      NANCY MAYER WHITTINGTON, CLERK
                                      U.S. DISTRICT COURT

**ORDER**

It is hereby this 11th day of Jan., 2007,

**ORDERED** that the U. S. Probation Department shall prepare and file a Pre-Sentence Report no later than March 21, 2007, and it is further

**ORDERED** that any sentencing memoranda are to be filed no later than April 6, 2007 by 5:00 p.m., and it is further

**ORDERED** that the defendant shall be sentenced in Courtroom #26 on April 12, 2007 at 4:15 pm.

**IT IS SO ORDERED.**

_____
Gladys Kessler
U.S. District Judge