UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL CASE NO. 06-209(GK) |
| | : | |
| v. | : | VIOLATIONS:  18 U.S.C. § 371 |
| | : | (Conspiracy) |
| ANTOINE P. HUDSON, ALSO KNOWN AS | : | |
| ANTIONE P. HUDSON | : | |
| | : | |
| Defendant. | | |

### JOINT MOTION TO CONTINUE SENTENCING

The parties respectfully move this Court to continue the sentencing date in the above captioned case.  As grounds for the motions, the parties state as follows:

As the Court is aware, Mr. Hudson has entered a guilty plea in this matter.  Sentencing is currently set for April 12, 2007.  The charges in this case involve in part real estate transactions involving a number of different individuals.  Counsel for Mr. Hudson and the government need time to assess the status of a number of the transactions.  Since Mr. Hudson's guilty plea, a number of the properties have been sold, transferred, or have been placed in foreclosure or bankruptcy proceedings.  The parties believe it would be beneficial to have additional time to confer and reach accord about the status of all of the properties prior to filing sentencing memoranda.  As such, the parties respectfully request that the Court consider briefly postponing sentencing until a date after May 15, 2007.

2

**WHEREFORE**, the parties request that the relief be granted.

>Respectfully submitted,
>
>SCHERTLER & ONORATO, L.L.P.
>
>
>_____/s/_____
>Danny C. Onorato (#460043)
>601 Pennsylvania Avenue, NW
>North Building, 9th Floor
>Washington, DC 20004
>Telephone: (202) 628-4199
>Facsimile: (202) 628-4177