UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL CASE NO. 06-209(GK) |
| | : | |
| v. | : | VIOLATIONS:  18 U.S.C. § 371 |
| | : | (Conspiracy) |
| ANTOINE P. HUDSON, ALSO KNOWN AS | : | |
| ANTIONE P. HUDSON | : | |
| | : | |
| Defendant. | | |

## ORDER

Upon consideration of the Joint Motion to Continue Sentencing, it is this, _____ day of February, 2007, **ORDERED** that the motion be, and hereby is, **GRANTED**.

It is further **ORDERED** that the sentencing in this matter is continued until the _____ day of _____, 2007, at _____ o'clock a.m./p.m.

**SO ORDERED.**

_____
United States District Judge