UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL CASE NO. 06-209(GK) |
| | : | |
| v. | : | VIOLATIONS:  18 U.S.C. § 371 |
| | : | (Conspiracy) |
| ANTOINE P. HUDSON, ALSO KNOWN AS | : | |
| ANTIONE P. HUDSON | : | |
| | : | |
| Defendant. | | |

**<u>DEFENDANT'S UNOPPOSSED MOTION TO MODIFY CONDITIONS OF RELEASE</u>**

Defendant Antoine P. Hudson, by and through undersigned counsel, respectfully moves this Court to modify his release conditions.  Assitant United States Attorney Brad Weinsheimer does not oppose the request.  As grounds for the motions, Mr. Hudson states as follows:

As the Court is aware, Mr. Hudson has entered a guilty plea in this matter.  Sentencing is currently set for April 12, 2007.[1]  Based on his exemplary compliance to date, Mr. Hudson respectfully requests that the Court modify his conditions of release to allow him to check in with pretrial services via telephone instead of reporting in person.

Undersigned counsel has spoken to a representative of pretrial services, who has indicated that Mr. Hudson has complied with checking in with pretrial services on a weekly basis and is in compliance with all terms of his release in this matter.  In addition, Sharon Smith, Mr. Hudson's pretrial services officer, does not oppose the request.

---

[1] In a separate pleading, the parties have moved to continue the sentencing until May of 2007 in order to have sufficient time to review the financial transactions in this case and prepare for sentencing.

2

**WHEREFORE**, Mr. Hudson requests that the relief be granted.

> Respectfully submitted,
>
> SCHERTLER & ONORATO, L.L.P.
>
> _____/s/_____
> Danny C. Onorato (#460043)
> 601 Pennsylvania Avenue, NW
> North Building, 9th Floor
> Washington, DC 20004
> Telephone: (202) 628-4199
> Facsimile: (202) 628-4177