UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL CASE NO. 06-209(GK) |
| | : | |
| v. | : | VIOLATIONS:  18 U.S.C. § 371 |
| | : | (Conspiracy) |
| ANTOINE P. HUDSON, ALSO KNOWN AS | : | |
| ANTIONE P. HUDSON | : | |
| | : | |
| Defendant. | | |

### DEFENDANT'S UNOPPOSSED MOTION FOR LEAVE TO TRAVEL OUTSIDE OF THE JURISDICTION

Defendant Antoine P. Hudson, by and through undersigned counsel, respectfully moves this Court for leave to allow him to travel from the Washington, DC metropolitan area on two occasions.

As the Court is aware, Mr. Hudson has entered a guilty plea.  His sentencing is currently set for April 12, 2007.  In a separate pleading, the parties have moved to continue the sentencing until May of 2007 in order to have sufficient time to review the financial transactions in this case and prepare for sentencing.  Since his plea in this matter, Mr. Hudson has been checking in with pretrial services on a weekly basis and is in compliance with all terms of his release.[1]

Mr. Hudson respectfully requests to take two trips prior to his sentencing in this matter. Mr. Hudson respectfully requests permission to visit family members in New Orleans between March 1, 2007 and March 5, 2007.  In addition, he respectfully requests permission to visit a family member in Los Angeles, California between April 5, 2007 and April 9, 2007.  Assistant United States Attorney Bradley Weinsheimer does not oppose the relief requested herein.

---

[1] In a separate pleading, Mr. Hudson has moved the Court to allow him to check in via telephone.

2

**WHEREFORE**, Mr. Hudson requests that the relief be granted.

> Respectfully submitted,
>
> SCHERTLER & ONORATO, L.L.P.
>
> _____/s/_____
> Danny C. Onorato (#460043)
> 601 Pennsylvania Avenue, NW
> North Building, 9th Floor
> Washington, DC 20004
> Telephone: (202) 628-4199
> Facsimile: (202) 628-4177

2