UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL CASE NO. 06-209(GK) |
| | : | |
| v. | : | VIOLATIONS: 18 U.S.C. § 371 |
| | : | (Conspiracy) |
| ANTOINE P. HUDSON, ALSO KNOWN AS | : | |
| ANTIONE P. HUDSON | : | |
| | **:** | |
| Defendant. | | |

## ORDER

Upon consideration of defendant's unopposed motion for leave to travel outside of the jurisdiction, it is this, _____ day of February, 2007, **ORDERED** that the motion be, and hereby is, **GRANTED**.

Mr. Hudson shall be permitted to travel from the greater Washington, DC metropolitan area to visit family members in New Orleans between March 1, 2007 and March 5, 2007.  In addition, Mr. Hudson will be permitted to travel from the greater Washington, DC metropolitan are to visit a family member in Los Angeles, California between April 5, 2007 and April 9, 2007.   Mr. Hudson shall provide the pretrial services agency with information concerning where he will be staying and a telephone number where he can be reached.  Mr. Hudson shall continue to report to the pretrial services agency as required by the probation department.

_____
United States District Judge