UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL CASE NO. 06-209(GK) |
| | : | |
| v. | : | VIOLATIONS: 18 U.S.C. § 371 |
| | : | (Conspiracy) |
| ANTOINE P. HUDSON, ALSO KNOWN AS | : | |
| ANTIONE P. HUDSON | : | |
| | : | |
| Defendant. | : | |

### ORDER

Upon consideration of the Joint Motion to Continue Sentencing, it is this, 9th day of February, 2007, **ORDERED** that the motion be, and hereby is, **GRANTED**.

It is further **ORDERED** that the sentencing in this matter is continued until the 10th day of May, 2007, at 4:15 o'clock a.m./p.m.

**SO ORDERED.**

Gladys Kessler
United States District Judge