UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL CASE NO. 06-209(GK) |
| v. | : | VIOLATIONS: 18 U.S.C. § 371 (Conspiracy) |
| ANTOINE P. HUDSON, ALSO KNOWN AS ANTIONE P. HUDSON | : | |
| Defendant. | : | |

**FILED**
FEB 0 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

Upon consideration of the Defendant's Unopposed Motion to Modify Conditions of Release, it is this, 9th day of February, 2007, **ORDERED** that the motion be, and hereby is, **GRANTED**. The defendant will check in with pretrial services via telephone instead of reporting in person.

**SO ORDERED.**

_____
United States District Judge