UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. CR-06-209 (GK) |
| | : | |
| ANTOINE HUDSON, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**GOVERNMENT'S SUBMISSION OF ADDITIONAL SENTENCING MATERIAL**

  The United States, by and through its attorney, the United States Attorney for the District of Columbia, submits the attached letter for the Court's consideration in sentencing in this matter. After it filed it's memorandum in aid of sentencing, the government received the attached letter from Samantha Burch Leach, one of the homeowners referenced in the government's sentencing pleading.

              Respectfully submitted,
              JEFFREY A. TAYLOR
              UNITED STATES ATTORNEY

                /S/
              _____
              G. BRADLEY WEINSHEIMER
              Assistant United States Attorney
              555 4th Street, N.W.
              Washington, D.C. 20530
              (202) 514-6991
              Bar Number 431796