**ATTACHMENT**

Samantha (Burch) Leach
Kenyon Street, NW
Washington, DC 20010


May 8, 2007


Judge Gladys Kessler
United States District Court of the
District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001


Dear Judge Kessler:

In May, 2004, while in distress following the death of my beloved grandmother, I had the misfortune of meeting Antoine Hudson through a friend. I was experiencing some financial difficulty as a result of trying to cover bills for my grandfather. I had purchased his house after he went into foreclosure, and I had hoped to refinance the debt on the house and provide him with financial security by paying off several bills and providing a stable place for him to live. In hindsight, I now realize that I was too emotional and inexperienced to have entered into a deal with an experienced person like Mr. Hudson, but I trusted him. Although he said he would help me, instead of helping me, he used me. He stole my home with no regard for me, or the stress he placed on my Grandfather, which by the way, I believe accelerated his untimely death.

When I met him, Antoine assured me that with the help of his company, I would be able to use the equity in my home to pay off my debts. Mr. Hudson described several different options that I might be able to use, however, I never had the opportunity to choose a refinancing option because early on in our meetings, Antoine executed his plot. He asked me to sign a piece of paper authorizing him to obtain my credit report. I agreed and my nightmare began.

After giving Antoine permission to pull my credit report, periodically I would call him to ask of the status of my application to refinance. I was worried and I became increasingly concerned. Antoine called me and requested that I meet him in his office. He gave me a check for approximately $6,000. He told me that I needed to use that check to pay off any debts that I owed that were not already on my credit report. Antoine told me that it was customary for his company to advance funds to a borrower, and that I would repay him when the equity was pulled from the home. I took the monies and paid off the debts. A short time later, Antoine called me and asked me to meet him at the Bank of America near Prince Georges Community College. At that time, I was asked to endorse a check over to him for approximately $180,000 that was made out to me. I asked him what this was for, and he said that this was part of the process that you have to go through to go to closing. He said that he would call me when it was time to go to closing, but it was too early to know when that would be. As time went on, I contacted

Antoine Hudson and asked him about the closing as it seemed that he was being very vague in his explanations to me about the process.

I soon realized that Antoine was lying to me. Other than the approximately $6,000 I just described, I did not receive any of the $180,000 check that was made payable to me. I began to consult with other mortgage professionals who immediately told me that this was not common and that I should be very worried. I was instructed by these individuals to contact the authorities and an attorney and I did. Soon thereafter, my Grandfather told me that Antoine sent a young lady named Naomi Brown to the house to ask him to sign a lease. I spoke with Ms. Brown and she said, that "this was a common practice for their company ANU Properties." She also said that this was just a means to "protect" us in the event something happened. I was totally unclear on what this was about so I tried contacting Antoine who now had become very distant. I began to only get his voicemail when I would call, and that was very alarming to me. I kept asking him for a copy of the paperwork that he was filing on my behalf for the loan. I asked if any of these documents would need my signature and he said, "yes, but it's not time for that." I continued to wait, and Antoine became harder and harder to reach.

One day, I got a call from a few people asking if I had sold my home. I said, no and they said that it had been reported in the news paper and at the Recorder of Deeds that I had sold my home. As soon as I heard this, I went to the Office of the Recorder of Deeds. I obtained a copy of the deed to my home and learned that Antoine had supposedly purchased my house.

I was angry, disappointed, embarrassed, and I felt like I had lost everything. I felt that I had failed my Grandfather and caused him stress. After all, he had just lost his wife, now he had lost his home because of me. Antoine did not want to talk to me. He kept having Naomi Brown call me and tell me that everything was okay. I demanded to meet with him, and he said he did not have to meet with me. He said, "remember when you signed your signature on that piece of paper, you gave me the right to do whatever I wanted so there is nothing you can do about it."

I contacted the authorities and they responded quickly. The investigation started, and I told them everything that had happened to me. I continue to fight for my grandfather's home, a home that he owned for over 50 years. My grandfather became ill as a result of the stress attached to this situation. Suddenly, he was oxygen dependent and could barely function as he had before this happened. I was back and forth to the doctor's office with my grandfather. The doctor told me that my grandfather was under a lot of stress and that I should do everything in my power to relieve him of his stress. I tried to do everything that I could to help him. I bought him a new grill; my sister bought him a new stove; we tried anything to encourage him to do what he liked most, which was cooking.

I even moved my wedding day up from August 2006 to November 2005 so that it would take some of the attention off of all of the pain that he was feeling and give him something happier to celebrate, because he always looked forward to seeing his

granddaughter's married.  He joyfully walked me down the aisle on November 17th 2005, and for a brief moment we saw that old sparkle in his eyes.

However, with regard to his health, he never seemed to be getting any better, and daily he would ask, "what is going on with my house?" I told him, that I would never let his home be taken away from him, and when it seemed that I was loosing the fight, I asked if he wanted me to find him another place to stay.  He said, "I worked hard for this house, and I raised all of my children, grandchildren and great-grandchildren here." He said, "this is the house that I want to be in when I die."

Unfortunately, his death came all too suddenly.  On February 14th 2006, my grandfather started the day off as he normally would, he had his breakfast and coffee and was sitting at the table reading his Washington Post.  I came over to spend the morning with him, and told him that he was my Valentine.  He smiled and when it was time for me to leave, he walked me out onto the porch and waited as I drove off.  I stopped the car, noticing that he had waited out there on the porch much longer than normal and I told him to go back in the house.

That was the last time, that I saw my grandfather alive.  On Valentine's Day, at 1:55pm, my grandfather passed, from what doctor's referred to as an aneurism of the heart that is caused by stress. Stress that I believe was brought on by the theft of the home where he married His Wife, My Grandmother, the home where he raised three generations, the place where he saw dreams realized, the place where he kissed bruises, and tucked away his kids at night. The home where many strangers, neighbors and friends found comfort and shelter, the home where he cared for babies in his home daycare, the place we all called home and now the home where only a picture of him remains.

Sincerely,

Samantha (Burch) Leach

3