# EXHIBIT A

United States District Court for the District of Columbia
333 Constitution Ave NW
Washington, DC 20001

May 1, 2007

To The Honorable Judge Gladys Kessler:

My name is Dr. Michael Lindsey and I am one of the co-founders of The Keys of Life Foundation (KTLF). KTLF was incorporated in 2003 to promote and enhance the optimal development of youth, ages 12-15 years old in the Washington, DC metropolitan area through educational and mentoring programs and services. As a 501c (3), non-profit organization, we endeavor to advance the well-being of youth and families through intellectual enrichment activities such as exposure to computer-based technology, tutoring to reinforce academic achievement, and mentoring.

One of the primary motivational thrusts of our organization came from the vision of Antoine Hudson, who asserted that the reason youth in this area were so troubled was because there were very few structured recreational outlets to occupy their time. Although an ideal goal is to establish recreational facilities to serve as a refuge, the founding members decided that an interim solution would be to establish annual events and activities as a starting point to help the youth in our community. Since our foundation's inception, we have hosted annual Christmas, Spring Break and summer events and have been able to grant scholarship money to deserving youth in the area.

The success of programs like ours is only possible through dedicated leadership and volunteerism. Mr. Hudson has given selflessly of his time and energy to contribute to the success of our organization, and has established himself as an invaluable member of our team. As each of the founding members plays a significant role in KTLF being able to achieve its organizational objectives, the loss of one member has exponential impact. For example, we have plans to host a summer technology camp for 50 kids this year. Antoine has been working to find sponsors and volunteers to ensure the success of our camp. Without his sponsorship drive and dedication to service, it is likely that we will not be able to host the camp this year. I can personally attest to Antoine's sincere efforts to make a difference in the world in which we live. He has been a true gem in KTLF's efforts to impact the lives of underserved youth.

If I may be able to offer any additional information please feel free to contact me at 202.391.4123 or by email at mlindsey13@yahoo.com.

Sincerely,

Dr. Michael A. Lindsey

| Michael Lindsey, Ph.D. University of Maryland | John K. Dixon, Ph.D. Jawara Technologies | Clifton Jones Soul World Entertainment | Antoine Hudson Exit Realty |

**THE KEYS TO
LIFE FOUNDATION**
www.keystolifefoundation.org

# EXHIBIT B

United States District Court for the District of Columbia
333 Constitution Ave NW
Washington, DC  20001

May 1, 2007

To The Honorable Judge Gladys Kessler:

My name is Dr. Michael Lindsey and I am one of the co-founders of The Keys of Life Foundation (KTLF).  KTLF was incorporated in 2003 to promote and enhance the optimal development of youth, ages 12-15 years old in the Washington, DC metropolitan area through educational and mentoring programs and services.  As a 501c (3), non-profit organization, we endeavor to advance the well-being of youth and families through intellectual enrichment activities such as exposure to computer-based technology, tutoring to reinforce academic achievement, and mentoring.

One of the primary motivational thrusts of our organization came from the vision of Antoine Hudson, who asserted that the reason youth in this area were so troubled was because there were very few structured recreational outlets to occupy their time.  Although an ideal goal is to establish recreational facilities to serve as a refuge, the founding members decided that an interim solution would be to establish annual events and activities as a starting point to help the youth in our community.  Since our foundation's inception, we have hosted annual Christmas, Spring Break and summer events and have been able to grant scholarship money to deserving youth in the area.

The success of programs like ours is only possible through dedicated leadership and volunteerism.  Mr. Hudson has given selflessly of his time and energy to contribute to the success of our organization, and has established himself as an invaluable member of our team.  As each of the founding members plays a significant role in KTLF being able to achieve its organizational objectives, the loss of one member has exponential impact.  For example, we have plans to host a summer technology camp for 50 kids this year. Antoine has been working to find sponsors and volunteers to ensure the success of our camp.  Without his sponsorship drive and dedication to service, it is likely that we will not be able to host the camp this year. I can personally attest to Antoine's sincere efforts to make a difference in the world in which we live.  He has been a true gem in KTLF's efforts to impact the lives of underserved youth.

If I may be able to offer any additional information please feel free to contact me at 202.391.4123 or by email at mlindsey13@yahoo.com.

Sincerely,

*Dr. Michael A. Lindsey*

Dr. Michael A. Lindsey

| Michael Lindsey, Ph.D. University of Maryland | John K. Dixon, Ph.D. Jawara Technologies | Clifton Jones Soul World Entertainment | Antoine Hudson Exit Realty |

**THE KEYS TO
LIFE FOUNDATION**
www.keystolifefoundation.org

# EXHIBIT C

May 3rd, 2007

United States District Court for the District of Columbia
333 Constitution Ave., NW
Washington, DC  20001

To The Honorable Judge Kessler:

I am writing this letter on behalf of Antoine Hudson. I have known Antoine since September of 1986 and I can state with all sincerity and honesty that he is a good man. I have kept in close contact with four friends from my graduating high school class and I consider each one of them to be as close as family. And, while I might not agree with all of their actions, this is my extended family and Antoine is a member.

I'm sure I only slightly understand the problems that he is now facing. I do, however, understand that they are serious and could possibly lead to incarceration. I would like to ask, on his behalf, for a different type of remedy. I said earlier that Antoine was a good man and I meant it. Unfortunately, he made a bad decision. Now, the consequence of this decision could be him being put in a place with people that have all made the wrong decisions. I'm not sure how much of that good man will remain after having to stay in a place where you are forced to live and breathe wrong choices on a daily basis.

I do believe in punishment for wrong actions. I also think that rehabilitation can be achieved without incarceration. I believe that Antoine, as well as others, would benefit from a different type of amends. Antoine, after all restitution has been made of course, would definitely benefit more from showing the youth that are growing up without male role models how to make a positive statement with their plans and intelligence instead of using those tools to skirt around the laws or to break them outright. He would also be able to explain the consequences of those actions by relating his own experiences. The benefit to others would come in two ways. The first would be giving the next generation a chance to hear stories from someone with whom they can relate. The youth that are growing up today don't want to hear from people that they can't identify with; that they think can't understand them and their problems. Antoine would be able to reach them on that level. The second benefit to others would be more direct; it would be to his children. A father's influence can not be replaced or substituted. While he could contact them in different ways if incarcerated, there would be no replacement for him not being present in their lives.

I have no idea if this letter will affect the decision that will decide Antoine's fate. I do know the impact a father can have on his children while they are becoming young men and women. I do know that while incarceration can be necessary, justice can also be meted out with compassion and that rehabilitation can come in different ways. Finally, if nothing else, I know that I support Antoine the same way no matter the outcome, as a friend of over 20 years, as family.

Respectfully,

Bryan Reyel

# EXHIBIT D

Dear Honorable Judge Kessler,

Please allow me to introduce myself to you in this manner. My name is Vonda Hudson-James; I am the ex-wife of **Antione Hudson Sr.** and the mother of Antione Hudson's 14-year-old son Antione Hudson Jr. I wanted to take this opportunity to tell you a little about Antione and the relationship with his 14 year- old son.

Antione Hudson Sr. has played a significant role in his son's (Antione Hudson Jr.) life since the day he was born. He has been a consistent force in Antoine Jr's life. He spends most weekends with him and always encourages him to excel in all areas of life. Antione Hudson Jr. is able to speak Chinese, Play Hand bells as well as consistently stays on the honor roll; all of which have been made possible because of the encouragement and support of Antione Hudson Sr. In addition, Antoine Sr. Participates in school functions, including field trips, parent teacher conferences, football and basketball games and every other activity that requires his presence. He has proven to be a remarkable father.

I could not have asked for a better son in Antoine Jr. and I know most of who he is becoming as a young man is a direct result of the relationship he has with his father. It is emotionally unbearable for me to begin to conceptualize Antione Hudson Sr. not being able to continue to nurture the relationship with our son.

Every since we were teenagers, Antoine Sr. has always been an over achiever and very determined to excel in life. When we had Antione Jr. he vowed to always take care of him and he has done just that! He takes his role a father very seriously; I can say in all honesty that Antione Hudson Sr. is an exceptional man.

Thank you for the opportunity to allow me to give you another perspective on Antoine Hudson Sr. Please consider this letter when making your decision.


Respectfully Submitted,

Vonda Hudson-James

# EXHIBIT E

United States District Court for the District of Columbia
333 Constitution Avenue
Washington, DC 20001

April 24, 2007

To The Honorable Judge Kessler:

This is a letter of reference for the character of Antoine P. Hudson. I have known Mr.
Hudson for 21 years and during this time I have had the pleasure of experiencing his
kindness and compassion. He is a graduate of St. John's College High School along with
myself. In 2001 I had the misfortune of loosing my grandfather in May and my mother in
June. Mr. Hudson helped me extensively with both of the burials as well as providing
tons of spiritual and moral support for my family. Through all the years of our
acquaintance he has always made an effort give of himself and his time to others in
need as well. In 2005 my wife and I reached out to him again in matters of credit
counseling and buying a home. Mr. Hudson immediately put me on the path to improving
my score tremendously and we have just had a new home built which will be ready in
May of 2007. All of the time I have known him, he has always been ready to help those
in distress and he has never judged anyone on their intrinsic value, but rather their
character. Hopefully, this letter will provide light and insight to his character and give an
accurate reflection of who he is.

Sincerely,

Terence J. Wynn
Verizon Tech. for The Department of Justice
(202) 281-6684

# EXHIBIT F

14107 Silver Teal Way
Upper Marlboro, MD 20774

United States District Court for the District of Columbia
333 Constitution Avenue
Washington, DC 20001

April 30, 2007

To The Honorable Judge Kessler:

Motivator is the word I would use to describe Antione Hudson. Whether it is business related or personal, he is one of the main people I turn to when I need advice or that little extra push to get through a situation. Over the past two years, I have worked on several rehab projects with Antione. He has mentioned that I have taught him things regarding construction. However, I have learned much more from him about the importance of managing workers and keeping there morale up to produce a better result. He often talks about how it is better to use the same good crew over and over instead of training new day laborers for every new project. It takes more time to train new people which translates into more money spent along with the uncertainty of the quality and speed of a new laborers work.

Antione's motivating spirit has given me an unexpected benefit in my personal life. That same spirit reminds me to do a little something extra for my wife and focus on motivating my kids in their schoolwork and sports activities.

I believe Antione and I make a good team and am excited about all the ideas we have spent hours brainstorming. I would be glad to provide any further information regarding Antione'e character at anytime.

Sincere Regards,

Clayton Paschal

# EXHIBIT G

United States District Court for the District of Columbia
333 Constitution Avenue
Washington, DC 20001

May 2, 2007

To The Honorable Judge Kessler:

I have been fortunate enough to know Antione Hudson for six years. During that time he has mentored me in business. In addition, he has given me the opportunity to pursue a career in the music business through Remix Studios. I can not put into words how valuable his mental and emotional support has been to me and how great of man he really is.

All my life people have told me I have a lot of talent. Antione saw that and was willing to take the time to motivate me and help me improve my craft. He took a chance on me. He encouraged me to write and produce songs to present to top-level music executives that I would never considered to approach otherwise. Because of that, I have successfully produced songs and albums that are being heard around the world. Even now, his office door and phone line remain open for me to talk to him anytime. That access is truly valued and appreciated.

I only hope that I can be a positive Black male role model similar to Antione. He always helps others and tries to mentor and hire younger kids that otherwise would only get into trouble. He tells the truth even if you don't want to hear it. He gives advice based on his experiences and allows a person to make there own decisions. He taught me as a mentor and friend that when people have made wrong choices, don't judge them, but rather help them in love that they may be able to change and come out of their situation. I am glad to be a part of Remix Studios and hope that Antione can be around to continue to lead us in the right direction.

Sincerely,

David Cornelius Lindsey
Artist, Producer, and Writer

# EXHIBIT H

7455 Old Alexandria Ferry RD
Clinton , Maryland 20735

United States District Court for the District of Columbia
333 Constitution Ave., NW
Washington, DC 20001

May 1, 2007

To The Honorable Judge Gladys Kessler:

Antione Hudson is like a big brother to me even though I am much bigger in height and weight than him. If you saw us side by side you would know what I mean.(320llbs, 6'4" versus 190llbs, 6'). I am very proud to be able to write this character reference for my little big brother.

I am going through a period in my life where I am financially and emotionally struggling. I am separated from my wife and business partners. It is Antione who has given me the type of advice and support I need to keep my head above water. He has showed me how to do little things such as buying a good computer and getting DSL at my radio shop so I can handle client information better. He has also helps with big personal decisions like how to let go of friends that always take advantage of me and are not responsible enough to show up for work or complete tasks on time.

As a man I am supposed to say that I am strong enough to handle my business and personal affairs alone. I think it makes me more of a man that I can say I need help. Antione is my help and I am not just saying these things because I think it is what needs to be said to keep him out of prison. I genuinely believe that there will be a void in my life and many others without him around. Please think about this information as you make your decision.


Sincerely,

Noble W. Contee

# EXHIBIT I

7611 South Osborne Drive
Upper Marlboro, MD 20772

United States District Court for the District of Columbia
333 Constitution Avenue
Washington, DC 20001

April 30, 2007

To The Honorable Judge Kessler:

As a Record Executive, I have been around people of all races and ages throughout all musical genres. I've also had partnerships with several people, whether it was producing a record or trying a new business opportunity. I am comfortable in saying that of all those people and opportunities, I have been the most impressed with Antione Hudson. His ability to find and nurture talent has made him invaluable to our partnership at Remix Studios. He is one of the most talented, straightforward, sometimes to a fault, men I know.

While I have known Antione for 10 years, it has been the past 4 that I've had the opportunity to actually work with him. Amongst my peers I have been known to be a jovial person who always is the life of the party. However, when it comes to business, there is nothing more serious to me than a man's character. Antione's character stands out not because he always does the right thing, but because he admits his mistakes and move forward from them positively.

I remember a time with our non-profit organization, The Keys Life of Foundation, Antoine took his personal time and finances to help the less fortunate during winter months of January 2006 with food and shelter in the Washington Metropolitan Area. This was during a time when he had very little extra money himself. He is not a stranger to sacrifice for the bettering of others.

Your honor, even down to the people he has associated with over the past five years, he has made changes in his life for the better and it is evident. I am not saying he is an angel but he is not a criminal mastermind. The good in him definitely outweighs whatever bad decisions he has made. Please consider these thoughts as you make a decision that will impact Antoine Hudson's life forever.

Sincerely,

Cliff Jones
CEO, Soul World Entertainment

# EXHIBIT J

470 Guilford Circle
Marietta, GA 30068

United States District Court for the District of Columbia
333 Constitution Avenue
Washington, DC 20001

May 1, 2007

To The Honorable Judge Kessler:

My name is Starlyn Bradford. As a single mother, it is hard to keep my head above water.  No matter how far in advance I plan and how hard I try, there are still things I can't do.  The saying goes it takes a village to raise a child. Antione is a part of my village.  He is an example of how there are good men in the world who are willing to make up for those who have either walked away from their responsibility or are unable to be around due to imprisonment or death. From giving advice about football games to listening to me vent, he has been around to help me get through.  It is a pleasure to know Antione and look forward to having in my family's lives.

Sincerely,

Starlyn Bradford

# EXHIBIT K

4017 Meadow Trail Lane
Landover Hills, MD 20784

333 Constitution Avenue
Washington, DC 20001

April 24, 2007

Dear Honorable Judge Gladys Kessler:
I am sure that all mothers feel that their sons are special but very early on I knew Antione
was extra special. At age three I saw him become interested in golf and he learned how
to play golf by simply watching television. Those skills have helped him master things
throughout his life and become an honorable man.

As the oldest child in a single parent home, he has always taken responsibility seriously.
Sometimes so much so that he becomes very over protective. Others may see his over
protectiveness as controlling or manipulating. I strongly disagree. While no one is
perfect, I can confidently say that most of my sons' actions and comments arise out of
genuine concern and desire to make things easier for others. Occasionally, I do have to
remind him that "I'm the mother".

Different from many young fathers, Antione takes parenthood very seriously. Upon the
birth of his first son, he decided to take an active role in his son's, Antione Jr., life. Even
after his divorce, he has continued to be a tremendous father. From academics to sports,
he attends his son's events and tries to instill in him discipline and the ability to learn
from his mistakes.

As his mother, I tried to nurture his special talents and lead him in the right direction. I
am proud of my son and the man he has become. Unfortunately people try to latch on to
him because they see he has something special as well. Those people, some of which
were supposed to be friends brought so much negative energy and activity to his life.
While my son is not the type to follow people blindly and takes responsibility for his
actions, he is very loyal and has let loyalty put him in the wrong places at the wrong time.

The offenses that happened are from 2003. It was during this time that his son second son
Chase was born. His son's birth prompted Antione to make additional changes his life. I
have seen him grow from a boy to a responsible man. Antione going to jail would have a
negative impact on the lives of both of his sons and simply add to the cycle of madness
we experience in this town amongst young black men.

Since so many people are attracted to Antione's nature, I've often had to share him. He
has eliminated all the negative people in his life and is moving his life in a positive
direction. I finally can see the man that I saw in the little boy 30 + years ago.
Please don't take him away now.

Sincerely,

Evelyn Robb

# EXHIBIT L

13014 Salford Terrace
Upper Marlboro, MD 20772


United States District Court for the District of Columbia
333 Constitution Avenue
Washington, DC 20001


May 8, 2007


To The Honorable Judge Kessler:


In the couple of years I have known Antoine Hudson, I have been impressed with the friendship we have developed. Whenever I see Antoine, he has always been very polite and courteous; that's with whoever he meets or come in contact with on a professional or personal level. He is a very ambitious and hardworking young man.

Last year I begin having financial problems and thought I was going to lose my house. At that time, I thought I was going to have to put my house up for foreclosure because I had no other choice. I gave Antoine a call and started explaining to him what was happening and there was a chance that I could lose my house. He stepped right in and begin helping me; no questions asked. He has also been a good listener and communicator, so I knew I could talk to him about anything and he would be supportive and helpful. Thanks to Antoine for all his time, effort, and financial support, I still have my house and better control over my finances.

Antoine Hudson has been a good friend, and a inspiring person in my life as well as others. He is always willing to lend a helping hand. Having Antoine gone for a long period of time will be a great lost for family and friends. Please be generous when making your final decision.


Sincerely,

Annette D. Lewis

# EXHIBIT M

2000 Wellington Road
Los Angeles, CA 90016

United States District Court for the District of Columbia
333 Constitution Avenue
Washington, DC 20001

May 3, 2007

To The Honorable Judge Gladys Kessler:

After meeting Antione Hudson in early 2002 we got to know each other very quicklyAs friends, we got along well.  Briefly we crossed over into a romantic relationship.  However, we decided being just friends was best.  Shortly after, I became pregnant.  Since we had already decided we were not going to be in a romantic relationship, I did not give Antione the benefit of the doubt that he would take care of a child that he had no intention of having.  As a result I kept the birth of our son Chaise a secret.

About a year passed and I decided it was best that I told Antione about his son and let him make the decision about how to handle the situation.  Antione immediately took responsibility and stepped up to the plate. Not only does he provide for him financially EVERY month, he talks to his son daily.  Every summer and during the holidays he makes arrangement for Chaise to visit.  I am sure that if we did not live on separate coasts he would be even more involved. Chaise is about to be four years old and the influence of his father is becoming more apparent. Although they lost a year, the father and son bond is getting stronger and I am so glad that Antione is a part of his life and he is here to help raise our son. Antione has shown that he is truly a responsible father and wants to be involved in all aspects of parenting.

For me, without Antione the physical, emotional, and financial burden of raising Chaise would be tremendous.  Even more important the emotional damage on Chaise would be deep rooted and could have major effects on him long term.  Now that he has become used to interacting with his father, I can't imagine how to explain that for three years he will not see his father.   Please have mercy on sentencing Antione as he is truly needed.


Very Sincerely,

Shanie Freeman

# EXHIBIT N

United States District Court for the District of Columbia
333 Constitution Avenue
Washington, DC 20001


May 8, 2007


To The Honorable Judge Kessler:


I have known Antoine for about a year. In the short time that I have known him, he has been a great friend to me. While going through a rough divorce, there was a period of time that I was experiencing severe depression. I took an overdose of prescription drugs, and Antoine came to my aide and took me to the hospital. He stayed with me to make sure I was okay. If it was not for him, I don't think I would be here today. He has always been there for me and he still is.

Antoine demonstrates a giving and generous nature every chance he gets and I feel that he is a wonderful person to me and his family and friends. I have learned a lot from Antoine and because of him no matter what I go through, I am never alone. He always takes time out to listen and care. I have learned that the goodness in him is very rare.

I just ask that when you make your decision, please consider what an extremely dedicated person Antoine is to his family and friends. I know that in my own life he means a great deal.



Sincerely,

*LaShan A. Martin*
LaShan A. Martin

# EXHIBIT O

April 28, 2007

Latisha Boyd

To:  Honorable Gladys Kessler

 I have been friends with Antoine Hudson for about five years now.  I met him at a concert and was impressed by his mannerism.  Mr. Hudson and I have become really good friends since meeting at the concert.  I have watched him help others and give back to the community in so many ways.  He is always there when any charitable event may be occurring to assist.

Antoine also has a sincere heart with helping the youth of today.  He has spent hours mentoring young boys and girls while trying to guide them in the right direction.  He has assist many single parent females such as myself with getting the kids' schools supplies and other necessary items that were needed to make the school year a success.  I have also observed how Antoine interacts with his own children and mom.  He is a superior son and father to his kids by assisting with supporting them financially, physically and mentally.  He attends all games, baptism and other important events that may take place.  Antoine and his moms relationship is like one of a kind as well.  His mom knows that no matter what she can always depend on her son.  Antoine mom, family and friends would be greatly affected by removing him from the society.

At a very young age he had his first child and thereafter married the mom out of love and trying to start a family.  Antoine Jr. is now fourteen years old has a GPA of 3.5, he is a remarkable, well mannered child who loves and admires his dad so much.  Antoine has played a big role in his son life and it would be devastating to have him missing out of his life for any period of time.

Our kids of today need more positive role model such as Mr. Hudson.
He is a very good person and like we all have made some mistakes.  Taking Mr. Hudson away from his family and friends will be a great disservice for us all.  His family and kids will truly miss him and hurt while he is away.  I believed that he has truly matured from this obstacle and have learned valuable lesson.

Sincerely
Latisha Boyd

# EXHIBIT P

4017 Meadow Trail Lane
Landover Hills, MD 20784

United States District Court for the District of Columbia
333 Constitution Avenue
Washington, DC 20001

April 30, 2007

To The Honorable Judge Kessler:

My mom asked me to write a letter about why I love my Uncle Antione. The reason I like my Uncle Antione is because he is so much fun. Whenever he is around we laugh, play music and watch videos.  He always tells me I have to make good grades so I can graduate from high school in three years and go to college. If I do anything to make mother upset he gets on me.   But I know it's because he loves me.

Most of my friends have uncles that they don't know or if they do, they don't spend anytime with them or get any birthday or Christmas presents.  They don't pay any attention to what is going on in their lives. My uncle is not like that at all. I'm glad to have my Uncle Antione.

Sincerely,

Ashley Robb

Ashley Robb

# EXHIBIT Q

4017 Meadow Trail Lane
Landover Hills, MD 20784

United States District Court for the District of Columbia
333 Constitution Avenue
Washington, DC 20001

April 28, 2007

To The Honorable Judge Gladys Kessler:

I have not always listened to my Big Brother Antione.  He always tries to tell me what I should and shouldn't be doing.  Now I know that he was only looking out for me. Honestly, I was jealous of him, because I did not understand why I could not be as smart and popular as him. I wanted to be able to do things for the family the way he did. I let jealousy get in the way and friends who really didn't have anything going for themselves slow me down from reaching my goals and having a better relationship with my brother.

He is more than my brother.  I need him around to talk to when I am angry so that I don't make bad decisions.  I have managed to stay out of trouble recently and I owe that to my brother.  He has made me see how my choices are not thought out and end up hurting the family, especially my mother.  The last thing I want to do is hurt my mother. I am getting my life together and will do anything to keep my brother home

Sincerely

Sean Robb

# EXHIBIT R

4017 Meadow Trail Lane
Landover Hills, MD 20784

United States District Court for the District of Columbia
333 Constitution Avenue
Washington, DC 20001

April 29, 2007

To The Honorable Judge Kessler:

I am Nakia Hopkins, Antione's younger sister. Being Antione's younger sister has been a life full of laughter and surprises. I don't know how he manages to do it, but he can make you laugh even when he is giving you advice you have not asked for. When my parents separated, Antione became more like my father instead of a big brother and continues to act that way. On my birthday or when something special is going on in my life, he always remembers to recognize it in some way. He says I never have to worry about asking a boyfriend do something for me. I can just ask him and we usually figure something out. The security of knowing that I have my big brother in my time of need is irreplaceable. I can't imagine what the family will be like if he is not around. We love him and need him. Please grant a way for my brother to pay for his mistakes without having to go to jail for so long.

Very Sincerely,

*Nakia Hopkins*

Nakia Hopkins