IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Crim. No. 1:06-CR-00209 (GK) |
| ANTOINE HUDSON ) | |
| Defendant ) | |

## PRAECIPE

Antione P. Hudson, by and through undersigned counsel, respectfully submits the attached replacement Exhibit B to the memorandum in aid of sentencing.

Date:  June 5, 2007                    Respectfully Submitted,

                                        SCHERTLER & ONORATO, L.L.P.

                                        /s/
                                        _____
                                        Danny C. Onorato (#460043)
                                        Schertler & Onorato, LLP
                                        601 Pennsylvania Avenue, NW
                                        North Building, 9th Floor
                                        Washington, D.C.  20004
                                        Telephone:  202-628-4199
                                        Facsimile:  202-628-4177