# EXHIBIT B

4451 Parliament Place Suite T
Lanham, MD 20706

United States District Court for the District of Columbia
333 Constitution Avenue
Washington, DC 20001

May 7, 2007

To The Honorable Judge Gladys Kessler:

My name is Ralph Simmons, owner of Exit Powerhouse Realty. Three years ago, I decided to leave ReMax Realty and become a part of the Exit Realty franchise. Of all the people I approached to partner in my dream, Antione was the ONLY one who was there and has been there ever since we opened.

At Exit he has contributed to the business in a huge way. It was his construction and design prowess that made building the office to my specifications run smoothly. He managed the crew and material delivery so efficiently that we completed construction two weeks early. In addition he has a knack for recruiting and promotes a family atmosphere that makes agents feel comfortable.

I see a lot of myself in him. Unlike many other young men I come into contact with daily, Antione is always trying to find out how he can learn something or how he can put people together to make their situations better. Whenever he is in the office, there always seems to be someone waiting in the lobby to meet with him for advice or present an idea. He does whatever he can and never likes to receive any praise for what he does. In fact, it was his idea to have all the agents donate whatever money or clothes they had to Hurricane Katrina survivors.

As the owner, I do not have the luxury of complaining or taking the day off when things get tough. Antione is my shoulder to lean on and has stuck with me through all the ups and downs that a new business faces. We are on the verge of creating a sophisticated Black owned business that contributes to the community. I fear that going to jail could potentially make him loose valuable business relationships he has worked so hard to build and stifle his spirit. That would truly be a crime.

Sincerely

Ralph Simmons