HONORABLE GLADYS KESSLER, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

UNITED STATES OF AMERICA  : Docket No.: <u>06-CR-209</u>

vs.  : SSN: _____

HUDSON, Antoine  : Disclosure Date: <u>April 12, 2007</u>

JUN 0 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF
## PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)
  ( )  There are no material/factual inaccuracies therein.
  ( )  There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____         _____
Prosecuting Attorney                                    Date

### For the Defendant

(CHECK APPROPRIATE BOX)
  ( )  There are no material/factual inaccuracies therein.
  (✓)  There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____  _____    _____
Defendant                    Date        Defense Counsel        Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>April 26, 2007</u>, to U.S. Probation Officer <u>Renee Moses-Gregory</u>, telephone number <u>(202) 565-1348</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:   Gennine A. Hagar, Chief
      United States Probation Officer

Objections to PSR

1. On Page 11, Paragraph 51, Mr. Hudson has told probation that he takes the drug Enalapril to control his high blood pressure.

2. On page 15, Paragraph 70, Mr. Hudson does not maintain the property as a rental. The inhabitants of the property stopped paying rent on the property nearly two years ago.