HONORABLE GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORDER TO SURRENDER

**FILED**

UNITED STATES OF AMERICA

JUL 1 9 2007

vs.

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Antione Hudson                              Docket No.: 06CR209-1

TO:   DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that  **Antione Hudson**  having been sentenced, on June 6, 2007, in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau of Prisons by reporting to  FCI Cumberland SCP , in  Cumberland, MD  by 2 p.m., on  August 2, 2007 .

_July 19, 2007_
Date

_Gladys Kessler_
GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both.

**ATTORNEY/U.S. PROBATION OFFICER**                              **DEFENDANT**

Revised 6-2004